UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
January 30, 2006

No. 06-145
CR-94-30

In Re: ANDRE CARDELL KING, a/k/a Bo King

Movant

---

O R D E R

---

Movant has filed a motion pursuant to 28 U.S.C. Section 2244 for authorization to file a successive application for relief.

The Court denies the motion.

Entered at the direction of Judge Traxler, with the concurrence of Judge Niemeyer and Judge Hamilton.

For the Court,

/s/ Patricia S. Connor

CLERK

A True Copy, Teste:

tricia S. Connor, Clerk

Clerk