# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 3:94CR30-02 |
| ANDRE CARDELL KING, True Name: Andre Cordell King ) | USM No: 10970-058 |
| Date of Previous Judgment: September 7, 1995, ) | Matthew Pruden |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❏ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __Life__ months **is reduced to** __360 months in Counts 1 and 7__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 44 | Amended Offense Level: | 42 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | Life to Life months | Amended Guideline Range: | 360 to Life months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

■ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   Defendant also received a 60 month consecutive sentence as to Count 8 for a total sentence of 420 months.

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   September 7, 1995,   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   May 14, 2010

Effective Date:   _____
(if different from order date)

Martin Reidinger
United States District Judge