IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:94CR30-02 |
| | ) | (Financial Litigation Unit) |
| ANDRE CARDELL KING, | ) | |
| Defendant. | ) | |

**ORDER TO AUTHORIZE PAYMENT
FROM INMATE TRUST ACCOUNT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Motion of United States of America to Authorize Payment from Inmate Trust Account (Docket No. 200) is GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that:

1. The Bureau of Prisons is authorized to turnover to the Clerk of Court, and the Clerk of Court shall accept, funds currently held in the trust account for the following inmate:

    Andre Cardell King
    Register Number: 10970-058

2. The Clerk shall apply these funds as payment for the criminal monetary penalties owed by the defendant in this case.

Frank D. Whitney
Chief United States District Judge