IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDRE CARDELL KING, ) <br> ) <br> Defendant ) | ORDER <br><br> CASE NO. DNCW 3:94CR30-2 <br> (Financial Litigation Unit) |

FOR THE REASONS set forth in the United States' Response (Doc. No. 206) to the Defendant's Motion for Reconsideration (Doc. No. 205), the Defendant's motion is DENIED.

IT IS SO ORDERED.

_____
Frank D. Whitney
Chief United States District Judge