UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:94-cr-00030-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | AMENDED |
| (2) ANDRE CARDELL KING, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court *sua sponte* following the entry of its Order directing the Government to respond to Defendant's motions. (Doc. No. 227).

The Court hereby ORDERS the Government to respond <u>only</u> to Defendant's *pro se* Motion to Reduce Sentence pursuant to First Step Act of 2018. (Doc. No. 225). The Government shall have **thirty (30) days** from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required. This Order, upon its signing, vacates the Court's previous Order (Doc. No. 227).

IT IS SO ORDERED.

Signed: December 1, 2020

Frank D. Whitney
United States District Judge

1