UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:94-cr-00030-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| (2) ANDRE CARDELL KING, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the Government's Motion for Extension of Time (Doc. No. 230). For the reasons stated in the Government's motion, and for good cause shown, the motion is GRANTED. The Government shall have **fourteen (14) days** to file its supplemental response.

IT IS SO ORDERED.

Signed: January 5, 2021

Frank D. Whitney
United States District Judge

1